```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF OHIO
                  WESTERN DIVISION
```

YOLANDA DOUGLAS,

    Plaintiff

v.                              C-1-00-659

CITY OF CINCINNATI,

    Defendant

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled as to all claims;

**IT IS ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, reopen the action if settlement is not consummated. All motions pending before this Court are hereby rendered **MOOT** and are **DENIED**.

**IT IS SO ORDERED.**

                                                     ___s/Herman J. Weber_____
                                                     Herman J. Weber, Senior Judge
                                                     United States District Court