UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| YOLANDA DOUGLAS, | Case No. C-1-00-659 |
| Plaintiff, | Judge Weber |
| v. | |
| CITY OF CINCINNATI and COOPER & CO., INC. and CONSTANCE SMART, | **STIPULATION OF DISMISSAL WITH PREJUDICE WITH RESPECT TO PLAINTIFF YOLANDA DOUGLAS** |
| Defendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) the parties herein stipulate to the dismissal of this action, with prejudice, in its entirety as to all remaining and former parties. Each party shall bear its own costs.

_____
Kenneth L. Lawson (0042468)
Ayanna Love (0074473)
808 Elm Street
Suite 100
Cincinnati, Ohio 45202

**Attorneys for Plaintiff
Yolanda Douglas**

*approved /s/ Weber, USDJ.*

_____
Michael S. Glassman (0012713)
Alice J. Neeley (0066542)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8255

**Attorneys for Defendant
Cooper & Company, Inc.**

_____ Tracy A. Pasinelli (0065241) for
Vincent P. Antaki (0072471)
Reminger & Reminger
7 W. Seventh Street, Suite 1990
Cincinnati, OH 45202

**Attorney for Defendant,
Constance Smart**

944872.1